UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT G. BLACKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 7:22-CV-17-D** |
| BOSTON WHALER, INC., MARINEMAX ) | |
| EAST, INC., MARINE MAX SERVICES, INC., ) | |
| and BRUNSWICK PRODUCT PROTECTION ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 23] and DISMISSES WITH PREJUDICE plaintiff's amended complaint

**This Judgment Filed and Entered on January 5, 2023, and Copies To:**

| | |
|---|---|
| Gregory A. Wendling | (via CM/ECF electronic notification) |
| A. Lee Hogewood, III | (via CM/ECF electronic notification) |
| Matthew Thomas Houston | (via CM/ECF electronic notification) |
| Zachary Scott Buckheit | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

January 5, 2023  (By) /s/ Nicole Sellers

Deputy Clerk